UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DR. REMY J. RODRIGUEZ,
    v.
UNITED STATES COAST GUARD.

CASE NUMBER: 96-2004 (DRD)

## JUDGMENT

In accordance with the Order of this same date, the United States Coast Guard's decision is **AFFIRMED** and this case is **DISMISSED**.
IT IS SO ADJUDGED AND DECREED.

Date: September 29, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PEACHORD ERS\96-2004 DJS

*RECEIVED AND FILED*
*99 SEP 30 AM 8:00*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

Rec'd:        EOD:

By: /s/        # 20